**Antoine L. HENDERSON, Plaintiff–Appellant,**

v.

**K. PURCELL; et al., Defendants–Appellees.**

**No. 11–17567.**

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2013.*

Filed April 23, 2013.

Antoine L. Henderson, Lancaster, CA, for Plaintiff–Appellant.

Jerome Varanini, Trimble, Sherinian & Varanini, Sacramento, CA, for Defendants–Appellees.

Before: CANBY, IKUTA, and WATFORD, Circuit Judges.

MEMORANDUM **

California state prisoner Antoine L. Henderson appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Henderson failed to raise a genuine dispute of material fact as to whether defendants failed to diagnose and respond adequately to his back and groin pain. *See id.* at 1058 (prison officials act with deliberate indifference only if they know of and disregard an excessive risk to inmate health); *Jackson v. McIntosh,* 90 F.3d 330, 332 (9th Cir. 1996) (to establish that a difference of opinion amounted to deliberate indifference, a prisoner must show that the defendants' chosen course of treatment was medically unacceptable and in conscious disregard of an excessive risk to the prisoner's health); *Roberts v. Spalding,* 783 F.2d 867, 870 (9th Cir.1986) (a prisoner has no constitutional right to outside medical

claim (or strongly imply) that Kaplan received financial aid for the student while she was not enrolled.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

care to supplement the medical care provided by the prison).

**AFFIRMED.**

Before: CANBY, IKUTA, and WATFORD, Circuit Judges.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.